IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CR329 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| TIMOTHY A. HATCH, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the government's Consent Motion to Continue Rule 11 Hearing [18]. Good cause being shown, the motion will be granted and the Change of Plea hearing will be continued.

IT IS ORDERED:

1. That the Consent Motion to Continue Rule 11 Hearing [18] is granted; and

2. That the Change of Plea hearing is continued to **March 5, 2007** at **10:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

   For this defendant, the time between **February 21, 2007** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 21st day of February, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge