# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CR329** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **TIMOTHY HATCH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On March 5, 2007, the defendant orally requested a further continuance of his Rule 11 hearing.  A final continuance to March 15, 2007 will be granted.  If the change of plea is not accomplished by March 15, the matter will proceed to trial the week of March 19, 2007.

**IT IS ORDERED:**

1.    Defendant's oral request for continuance is granted, and defendant's Rule 11 Hearing is continued to **March 15, 2007 at 3:00 p.m.** before Magistrate Judge F.A. Gossett in Courtroom No. 6, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant must be present in person.

2.    If defendant's change of plea is not accomplished by March 15, 2007, this matter will be called for trial on **Tuesday, March 20, 2007** before Judge Laurie Smith Camp and a jury. Because this is a criminal case, the defendant must be present in person.  Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

3.    The time between **March 5, 2007** and the **March 15, 2007** hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act.  *See* 18 U.S.C. § 3161(h).

**DATED March 5, 2007.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**