## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR329 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TIMOTHY A. HATCH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion filed by a third party (Filing No. 49) for a transcript of the Defendant's June 4, 2007, sentencing hearing.

The motion is denied.  If the transcript is being requested on the Defendant's behalf, the Defendant may contact Brenda Fauber, 118 S. 18th Plaza, Suite 3129, Omaha, NE 68102, and pay in advance for preparation of the transcript.

IT IS ORDERED:

1.      The motion filed by a third party (Filing No. 49) is denied; and

2.      The Clerk is directed to mail a copy of this order to the third party who filed the motion.

DATED this 3rd day of June, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge